IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**TERRY LEE WEAVER**                                                                                                    **PLAINTIFF**

**VERSUS**                                                                          **CIVIL ACTION NO. 2:10CV95-WAP-DAS**

**MILWAUKEE ELECTRIC TOOL CORP.**                                  **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

On consideration of the file and record of this action, the Court finds that the Report and Recommendations of the United States Magistrate Judge dated October 18, 2010, was duly served by regular mail upon the *pro se* plaintiff on October 19, 2010; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the Court. It is, therefore

   **ORDERED:**

     1. That the Report and Recommendations of the United States Magistrate Judge dated October 18, 2010, is hereby approved and adopted as the opinion of the Court.

     2. That this case is dismissed without prejudice.

   **THIS**, the 6th day of January, 2011.

                                                                              /s/ W. Allen Pepper, Jr.
                                                                              W. ALLEN PEPPER, JR.
                                                                              UNITED STATES DISTRICT JUDGE